JUDGE DER-YEGHIAYAN

MAGISTRATE JUDGE COLE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. **15CR 487** |
| | ) | |
| v. | ) | Violations: Title 18, United States |
| | ) | Code, Sections 113(a)(1), (a)(3), (a)(4), |
| ADEL DAOUD | ) | and (a)(6), and 1791(a)(2) |

**FILED**

AUG 1 3 2015

13

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

### COUNT ONE

The SPECIAL JANUARY 2015 GRAND JURY charges:

1. At times material to this indictment:

    a. The Metropolitan Correctional Center-Chicago was a United States Bureau of Prisons facility located in Chicago, Illinois.

    b. Defendant Adel Daoud was an inmate at the Metropolitan Correctional Center.

    c. Victim A was an inmate at the Metropolitan Correctional Center.

2. On or about May 23, 2015, at Chicago, in the Northern District of Illinois,

ADEL DAOUD,

defendant herein, at a place within the special maritime and territorial jurisdiction of the United States, namely, the Metropolitan Correctional Center, did assault Victim A with the intent to commit murder;

In violation of Title 18, United States Code, Section 113(a)(1).

## COUNT TWO

The SPECIAL JANUARY 2015 GRAND JURY further charges:

1. Paragraph 1 of Count One is incorporated here.

2. On or about May 23, 2015, at Chicago, in the Northern District of Illinois,

ADEL DAOUD,

defendant herein, at a place within the special maritime and territorial jurisdiction of the United States, namely, the Metropolitan Correctional Center, did assault Victim A with a dangerous weapon, with the intent to do bodily harm to Victim A;

In violation of Title 18, United States Code, Section 113(a)(3).

## COUNT THREE

The SPECIAL JANUARY 2015 GRAND JURY further charges:

1. Paragraph 1 of Count One is incorporated here.

2. On or about May 23, 2015, at Chicago, in the Northern District of Illinois,

ADEL DAOUD,

defendant herein, at a place within the special maritime and territorial jurisdiction of the United States, namely, the Metropolitan Correctional Center, did assault Victim A, resulting in serious bodily injury to Victim A;

In violation of Title 18, United States Code, Section 113(a)(6).

## COUNT FOUR

The SPECIAL JANUARY 2015 GRAND JURY further charges:

1. Paragraph 1 of Count One is incorporated here.

2. On or about May 23, 2015, at Chicago, in the Northern District of Illinois,

ADEL DAOUD,

defendant herein, an inmate at the Metropolitan Correctional Center, did knowingly make and possess a prohibited object, namely, a weapon and an object that was designed and intended to be used as a weapon;

In violation of Title 18, United States Code, Sections 1791(a)(2) and (b)(3).

## COUNT FIVE

The SPECIAL JANUARY 2015 GRAND JURY further charges:

1. Paragraph 1 of Count One is incorporated here.

2. On or about December 29, 2014, at Chicago, in the Northern District of Illinois,

ADEL DAOUD,

defendant herein, at a place within the special maritime and territorial jurisdiction of the United States, namely, the Metropolitan Correctional Center, did assault Victim A by striking, beating, and wounding Victim A;

In violation of Title 18, United States Code, Section 113(a)(4).

A TRUE BILL:

_____

FOREPERSON

_____

UNITED STATES ATTORNEY