# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                                Plaintiff,

v.                                                    Case No.: 1:15−cr−00487
                                                        Honorable Matthew F. Kennelly

Adel Daoud

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 16, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly as to Adel Daoud: Telephonic status hearing held on 6/16/2023. The parties discussed the logistics of the sentencing hearing. The completion of the sentencing hearing is set for 8/1/2023, 8/2/2023, 8/3/2023, and 8/8/2023 at 9:30 a.m. Case remains set for a sentencing hearing on 6/22/2023 at 9:30 a.m. [155]. The hearing will be held in Courtroom 2103. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.