it after though. He is fully supporting our plan. Just not during
Ramadan.    11:52PM"
"MDFR: Yes, he said insha Allah you will be here for a few days
after Ramadan and after our charity work, you will be excepted
to madinah.    11:52 PM"
[See UCE skype chat, government exibit UC 8-12 SKYPE]

  When Madinah University's school year starts is not top secret
information, like most schools, it's on their website. If you
know arabic and you have internet you can see this.  The school
year for Madinah starts Maharram, the first month of the Islamic
calandar. Daoud was locked up the end of the 10th Islamic month
Shawwal, Ramadan is the 9th month.  [see affidavit]

  Almost, if not every page in every transcript between Daoud
and the agents they call Daoud Akhi - my brother -. pick up any
page , and in some variation they are calling him this.

  "In Sorrells, the court found that an entrapment instruction
was warranted even though defendant was promised no extravagent
profit for obtaining alcohol for the government informant; the
informant's persistent appeal to military camaraderie qualified
as a potentially entrapping inducement. 287 U.S. at 441 "
[Taken from Mayfield case]

  Nothing about the transactions at issue in Sorrell, Sherman,
and Jacobson can be characterized as 'extraordinary' as that
term is colloquically [2014 U.S. App. LEXIS 43] understood. The
entrapment defense was available because the government's solicitation
of the crime was accompanied by subtle and persistent artifices
and devices that created a risk that an otherwise law - abding
person would take the bait. The ploys were not 'extraordinary'

in the strong sense of tha-t word, but they exceeded the typical
sting in which the government merely offers an ordinary opportunity
to commit a crime, without more."

[See quote taken from Mayfield]

Daoud wasn't paid to do this. He agreed to go because he was
doing the right thing for Allah, Islam, and the Muslim people.
And the agents acted like they were his Muslim brothers who also
wanted to do the right thing, felt the same pain he did for his
people, and continued to call him...

When I read Sorrels "military camaraderie" I laugh. This is
nothing compared to how they exploited how Daoud feels about
his most sacred beliefs, his loyalty to Islam, Muslims, and Jihad. in the path of Allah
The Messenger of Allah, may Allah bless him and grant him peace,
said: Jihad is the peak of Islam.

Contrary to the other cases , this plot, on top of that, was
quite extrordinary. Blow up a city block and let them know we
don't want them in Afghanistan. Never come back. All you got
to do - is push the button. You won't get away with it. You'll
get away with it for many years. Do it.

Let's not live in a fantasy world. Jacobson was innocent. But
he's a child molester! No body likes those cases. But you still
induced him. He was still obeying the law. Sherman was innocent
~~because he was~~
of giving someone drugs. But he's a druggie! He's a Dope-head!
But he was still innocent. you used what you knew about him to
set him up. The CI said he was going through withdrawal. Daoud
is innocent. But he's a terrorist! He said so! But he's still
innocent of the charges. And you manipulated him using his most
sacred beleifs, his guilt for not helping the Muslim people,

and his anger for the sake of Allah about America's injustices towards them. The fantasy world would be that Jacobson never liked boys, Sherman was never addicted to drugs, and Sorrels didn't agree to sell alcohol during prohibition, or that Daoud wasn't a fan of terrorist groups.

The best reason anyone could give to keep Daoud in jail is that he's dangerous because his Radical belief system - HIS RELIGION. It was a reason enough to arrest him when he said Bin Laden and Awlaki are following true Islam, and I want to be a sheikh to preach that Islam. The bomb plot at this point is irrelevant. The real reason Daoud was arrested is clear. Even if him being an Islamic Fundamentalist makes him dangerous then consider: How many other dangerous people are left alone or even released from prison every day for no other reason than the fact that it's the law?

Part 4: Epilogue and the Affidavit

**The other 2 cases**

Before 9/14/2012, Daoud never got locked up, and never felt handcuffs prior to that night.

Since being locked up the government gave him 2 more cases. And then what? you guessed it. We'll make the other cases go away if you just plea guilty to Weapons of Mass Destruction.

The first case is their main and strongest case. The case I just went over about 200 pages. I wasn't planning to make it that long. I promise though, it's still a summary. ~~I was trying to make it brief but at the same time complete.~~

If the FBI/FIB treated Daoud this way the first case, how about ~~the~~ their star witnesses in these other 2 cases? A jail-house Gangster Snitch and a child molester. I mean if you think somehow they are more reliable than Daoud could they also be more reliable than FBI agents?

This is their witness for their second "Vino" William Vincent Paschal,

"Three subjects, Sean M. Peoples, M/B/08DEC 1983, William V. Paschal M/B/12DEC1978 and Suan Paul C, Williams, M/B/29DEC1986 were detained with the assistance of CPD units. Victims Chakira Pasco, Darece Lake, and Antoinet Lake arrived at the scene of detention and positively identified all 3 subjects as the offenders who were inside of 12638 S. Paulina, residence of victim Darece Lake, who took their purses and other items while at gunpoint."

"Once inside they seperated the victims and held each one at gunpoint, as they ransack the house in there attempt to find something to take. The offender who was assigned to Ms. Darece A. Lake had pointed his weapon at her direction. He then threw

171

her on the ground, next he stepped on her hand, and demanded
money from her. He then saw the chain she was wearing and took
it from around her neck.

The offender who was assigned to victimchakira V. Pasco had
ordered her at gunpoint to get on the ground. He then sat on
her buttock as he pointed his gun in the back of her head, aofter
he demanded from her. She told the offender that the only money
she had was in her pocket. The offender then retrieved some money
out her pocket. The offender then hit her in the head with his
gun and asked for more money. The offender also told her if he
didn't get any money that he was gone to shoot her."

" I then questioned William V. Paschal and at 1:51 Pm he was
given his constitutional rights and warnings, which he stated
that he understood. He then demonstrated by ~~initating~~ initialing each segment.
He also finalizes the form by signing the document as I witnessed.
In our conversation he explained that he was working with a Chicago
detective as a informant, regarding weapons trafficking. He had
gone on to say that the victims in this incident was not the
targets for the Chicago investigation. I also explained that
he was not to be conducting his own  investigation without the
Chicago detective consent. When asked what was his part in this
incident. He just stated since I didn't want to contact the Chicago
detective for him, he no longer wanted to talk to me."
[See report at CPPD_001-000001.pdf, pg. 4, 9, 10, out of 17,
dated 10/13/2010, Home Invasion]

This is their witness for the 3rd case, Justin Hancock,
"Hancock pled guilty to knowingly transporting child pornography..
See 18 U.S.C ss 2252 A(a)(1). He [2016 U.S. App. LEXIS 2] admitted

that he had 1200 videos and 16,000 images of child pornography, many of which were graphic in nature, and involved sexual acts, including sexual intercourse with prepubescent children.' His plea agreement specifically mentioned images and videos of prepubescent females performing oral sex on , or being vaginally or anally raped by adult males."

[See United States of America v. Justin Hancock, 825 F. 3d 340; 2016 U.S. App. LEXIS 10137 No. 15-1779]

Vino is clearly a manipulator, and you wouldn't trust Hancock with the camera you used to record his statement.

Besides a phone call they said Daoud ordered the  the hit on UCE, "discovered" by Vino, the gangster snitch, and the last few days Vino was recording Daoud in their cell, the whole month or 2 months they ~~were~~ were locked in a cell together^(before that,) for nearly 24 hours a day, is completely based on his word.

Then after Daoud's lawyers talked Daoud into doing the Alford plea, after they couldn't get him to sign the prosecutors' plea agreement, they receive evidence ~~that~~ that Vino got $15,000 for setting up Daoud, getting the bond he wanted before Christmas; that his handler, the detective, Drake Carpenter was with him on the phone as he told him, "Yeah I got him to say what I needed him to say. I maneuvered man... I maneuvered like a mother fucker man..." His handler just says, "That's good... he doesn't understand the game"

[See former counsel's 2019 sentencing memorandum]

This is beside the fact that the recording they had weren't a a full 24 hours in a day, and Vino knew which hours were recording. They said Daoud solicited Vino to order a hit on UCE "Mudafar"

173

for $20,000. Is that what happened? And was it $20,000 or Jolly Ranchers? [See Affidavit]

Hancock wrote his statement And had it recorded twice. They claimed on May 23, 2015 Daoud attempted to murder Hancock for a drawing he made in December the previous year, due to it being religiously offensive.

They bank entirely on motive, taken from posts Daoud made in the <u>first case</u> to "prove" the other 2 cases. "Murder for Hire" and attempted murder of an inmate.

Hancock said he could never forget that day - May <u>13,</u> 2015 - [See Hancock's video testimony]

He was not going to die. There is no proof of attempted murder and he changed his story from,

"When asked why he thought Daoud attacked him he explained about 6 months ago Daoud assaulted him. Hancock said that, 'Someone must have gotten in his ear because we were friends, we had settled that.'"

[See Mcc's report, 302_014-000001.pdf]

to his sentencing video testimony saying Daoud was plotting the whole time to kill <sup>him</sup> and tried to slit his throat.

I talked to the C.O. who worked the unit that day. In the MCC report, he's interviewed too. There is no indication <u>at all</u> in his story, that this was as serious as they paint it. This could have been a jail ticket - 120 days no commissary - [See Affidavit]

**Other Attempts to keep Daoud in Prison and the very real threat
of Double Jeopardy**

The first case depends entirely on Motive - he was planning
this because - this is what he believed in -! Look at his messages
and comments! Look at his books and magazines! Look at his videos
and songs!

That's the case. The same stuff is used in the other 2 cases
as supporting evidences.

Take what happened recently for example, when ~~SIS~~ BOP intelligence
services ~~in MCC prison~~ in MCC Chicago labelled Daoud now as an ISIS member:
A C.O. hears Daoud having a conversation about being happy
of Americans leaving Afghanistan. Pro Jihad Pro Taliban statements.
So the C.O reports to Counter Terrorism of the BOP, Counter Terrorism
tells SIS to search Daoud's stuff. They tell him: Do you got
a cup? A mug...? Daoud hands him his cup. He's not ashamed. What's
on his cup? The Shahada. Arabic writing ca rved: There's no god
but Allah, Muhammad is the Messenger of Allah. SIS showed Daoud
a copy of the Shahada drawn the same way, and Daoud confirmed
it was the same thing. They said this is the ISIS flag and that
the Shahada is an Extremist Slogan. They went to his stuff and
took Arabic materials. They took nasheeds he copied from his
discovery, his Arabic notes, said he authored them, and classified
him in the Jail Sentry as being an ISIS member.

Remember: Pro Taliban statements or Pro Jihad statements +
Shahada Cup + (what they found) Arabic war songs / nasheeds about
Saving Jerusalem = ISIS member. Daoud fears the same evidence
in his case or the same kind of evidence that was used in his
case will be used to justify locking him up again when he gets

175

out of prison. [See Affidavit]

The following are quotes from "MCC-DAOUD_001 Bates stamped SENSITIVE"

Description, "Enclosed is a disc containing reports from the MCC along with photos of items seized from your cell"
Report date: 6/5/2023

"Daoud will receive the security Threat Group assignment of ISIL-ISIS" pg. 14

"On September 14, 2012, when Daoud committed his instant offense, ISIS did not exist formally. Over time and based on the aforementioned information it appears Daoud has become a supporter of ISIS and their version of Islam. Instead of stepping away from radical ideology, Daoud has embraced it. Daoud appears to be escalating his support for ISIS, which is concerning with his upcoming release date of May 3, 2026." pg. 13

"Inmate Daoud was talking to inmate Smith about 'Osama Bin Laden' and supporting of 'Taliban in getting Americans out of Afghanistan... Inmate Daoud was specifically talking about a 1000 pound bomb'" pg. 2

"Inmate Daoud would often state an extremist Jihad ITO belief and attempting to get Inmate smith to agree" pg. 3

"Both Inmates stated they would not engage in similar conversations" About the Cup,

"Inmate Daoud explained that the flag/Arabic writing was a flag the Prophet Muhammad rode, with into battle and translated to 'There is no God but Allah' and existed long before - ISIL'" pg. 5

Then the Arabic  writings,

"IA Boussay noticed that the Arabic writing had nothing to do with Arabic media outlets or Daoud's criminal case and instead was handwritten Nasheeds, or chants often found in the background of ISIS propaganda videos." pg. 5

"Additionally an open - source search of the nasheeds/chants yielded negative results. This means Daoud created them, and he did not derive them from something already written." pg. 14

"Daoud wrote a song titled 'the Fighting of the soldiers of God' This song, appears to be about the conflict between ~~Jerusa~~ Jerusalem and Palestine." pg. 7

"Daoud wrote another song about Jerusalem titled, 'Jerusalem is calling us '... about the mujahideen killing people of the Jewish faith and 'taking back' Jerusalem'" pg. 7

"The final song is about waging Jihad against the disbelievers, those that have transgressed against Islam and the awakening of a generation." pg. 8

"Subject: Discussion of International Terrorist (ITO) Support and Recruitment." pg. 7  Sound Familiar?

[Compare with Affidavit]

## Their latest Attempt

While I was making this document, leaks of what I was writing were obtained by the Prosecutors and were used during the sentencing proceedings June 22nd and 23rd 2023. UCE now makes the claim Daoud did the wires, acknowledges knowledge of Daoud going to Madinah University, and shys away from bringing up who brought up the target, the car bomb, and the date.

Daoud was invited shortly before sentencing by the prosecutor, Barry Jonas, to see discovery he wasn't able to see in MCC prison.

This happened on appoximately 3 ocassions. One video was viewed by Daoud of him walking away from the car bomb. He told his assistant Quinn Michaelis that the angle of the video is not good because you can't see that Daoud was following UCE, and not meeting him as the agent reported. June 23rd this video which was never an exibit before was played at his resentencing hearing with a short notice shortly before the hearing, and after he went to their office and talked about the video with Ms.Michaelis.

The Ipod classic was finally given to Daoud to see in one of these meetings. The screen was broken, and it wasn't working despite the fact he was provided with a charger. The Ipod classic had everything he was consuming from his computer. And only samples of his computers were copied. If videos and songs are evidence really evidence in this case then that means the Government, has again, destroyed evidence.

"Justice delayed is Justice denied."
Martin Luther King Jr

Sincerely,
Adil Daoud

178

US District Court

Northern District of Illinois

Eastern Division

USA                                    12 CR 723

v.                                     13 CR 703

Adel Daoud                             15 CR 487

Affidavit in Support to the Attached Memorandum

I hereby affirm that the following facts are true, correct, and complete. That I am of majority age, and competent to state the matters herein. In support Affiant, Adel Daoud, will state the following:

**The first Case**

1. THAT I never had an actual plan to commit the bombing before meeting UCE, or OCEs.

2. UCE wanted me to help him with his group's plan

3. I was not able to come up with more ideas on how to do an attack. This is why I gave him targets instead.

4. When I gave him the targets, I thought my job was done. UCE pushed me to participate

5. UCE told me to take pictures of the target once I agreed.

6. UCE insisted that I pick the target from my list. When I said a military base, he didn't agree. When I said a bar, he agreed

7. UCE came up with using a car bomb

8. The FBI picked the date of the operation. I never told someone 'let's bomb the week of 9/11 before I go to Madinah University', or something to that effect

9. Before pushing the button, I never activated the bomb, attach wires, or help make the bomb

10. UCE told me and promised me multiple times that I would not
go to jail for helping him, and that this operation would be
successful. The purpose of the attack was to tell America to
leave Afghanistan and stop murdering Muslim people in other countries,
including their support for Israel and tyranical governments
in the Muslim world

11. If UCE never made me these promises I would never participate

12. If I thought for any reason that this plot was morally wrong
or sinful, I would never agree.

13. If I thought that for whatever reason UCE was no longer able
to produce the bomb, I wasn't going to make one myself, or do
any terrorist attack without him.

14. When UCE gave me the ultimatum to come 'only if I believe
in Jihad', I understood that to mean that if I didn't come with
him I would be a fake Muslim and a bad person who God would punish.
"No matter what happens, at least I won't be a hypocrite." Was
may last thought before pushing the button with UCE.

15. I believe the Quran is the literal words of Allah, and that
Muhammad , may Allah bless him and grant him peace, didn't speak
from his own desire but revelation inspired by the Almighty.
Jihad is in the Quran and the teachings and life of prophet Muhammad,
may Allah bless him and grant him peace. To disbelieve in anything
God or His Messenger said, or to even doubt it is considered
disbelief in my Religion. UCE told me his sheikh wanted to make
sure 'i have no doubt in my heart.' A hypocrite ie. a fake Muslim
is condemned in the Quran more than anyone else. I felt that
refusing to come with UCE meant what he said, namely,  "Jihad
is something you believe in" , "it's not something someone can

force on you, because you know in Islam you can't force anybody"
and "Jihad is something you believe in. Either you believe in
it or you don't." I.e. if I didn't come , then I didn't believe
in Jihad. Therefore I would be rejecting the Quran and the Sunnah
of Muhammad, may Allah bless him and grant him peace. I would
be a hypocrite, a fake Muslim, an apostate, and an infidel.
When he said "in Islam you can't force anybody" I thought he
was referring to verse 2:256 of the Quran : Let there be no compulsion
in religion... which is a verse explaining not to force nonbelievers
living with the Muslims to become Muslim. No body was forcing
me to be a Muslim or believe in Jihad specifically so I said
Yes, I believe.

16. I was not testing UCE when I asked him the legal ruling if
American women specifically were lawful targets in Islamic law.
He looked me in the eye when I asked that question, and told
me yes. I believed him.

17. I asked UCE about the permissibility of targetting American
civilians during a Skype text chat during the month of Ramadan.
He said his sheikh knew scholars more knowledgable than the Sheikh
I talked to, and that Osama bin Laden, may Allah have mercy on
him, understood Jihad more than any sheikh in America. He gave
me the above stated ultimatum, and told me not to talk to the
sheikh again. the ultimatum, i.e. Either you believe in Jihad or you don't

18. I told UCE I wanted to press the button with him. Meaning,
we can press the button together. When I pressed the button,
we were both holding the remote, and we were therefore pressing
the button together. That was my intention.

19. Then UCE let go the remote, and told me, "Press the button

again, brother." I did and when "we" were getting arrested he
screamed, "How did they know?!??!" This is not on the audio provided
to me. And I still never saw the video where we pushed the button.
20. The Audio was tampered with, and I know because I was the
one being recorded. One example, is when UCE was driving me downtown
on 9/14/2012. It was Sunset, and that coupled with the lights
of the skyscrapers looked beautiful to me, so I said, "Masha
Allah, so beautiful." Meaning, Allah has willed, so beautiful.
UCE looked at me with disbelief and there was a dead silence.
I waved my hands in fear, "I wasn't praising them in any way!
I just like the landscape!" Meaning I'm not praising the American
disbelievers. I'm loyal to Islam. But it looks beautiful.
21. The dead silence didn't end until I broke the ice by saying,
"Would it hurt them if we targetted the Sears tower?" Then he
finally spoke and said, "Yes. it's worth millions of dollars."
I said "maybe we should target ~~taht~~ that one next" and laughed.
22. This is not in the Audio. Whenever I said, "Masha Allah"
it sounds faster and sarcastic. "Masha Allah so beautiful maybe
we should target that one next, hahaha!" Is all that's left from
the above dialogue. I told Herman this whole story and I asked
Durkin and Herman for years by all means of communication to
get me an audio expert and they would ignore me.
23. The UCE on 9/14/2012 told me to do the wires in the car bomb.
He asked me to do this previously and I told him no. I never
helped with the wires. On 9/14/12 the car bomb was already parked
in a parking lot right next to the bar. I went inside of it with
UCE when he parked his car next to the bomb car. The wires were
already connected and had yellow wire caps around them. UCE told

me to tighten the caps. I had my hand over one but I didn't touch it and I was afraid to. He gently twisted my fingers around it and said, "Like this." When I saw how simple his request was I twisted the cap and said, "I overestimated the difficulty." He responded, "Yes you overestimated the difficulty." The caps and the wires , resembled an old light bulb that was still on, but you can still twist tighter.

24. I do not know every time they changed the Audio recordings because they were very long.

How the FULL Investigation Began

25. I read redacted evidence pertaining to my case which I no longer have.

26. The document 302_002-000001.pdf, the FBI Report said they were already spying on my email account drbnigga21@yahoo.com along with other email accounts before they launched their "Full" Investigation on me on 5/10/2012. They made no mention of any warrant. This same introduction is repeated and redacted in many documents and none of them mentioned any warrant or justification for this surveillance.

27. They , the FBI, said that I made the post that I would make "the bomb" if I could find the required materials, on ansar1.info - ansar al mujahideen- I never made this post and I never said this

28. They had Redacted OIAs- otherwise illegal activities. This included how much money they can give someone to establish credability at one time, and a larger Sum of how much they can spend per operation. It included reposting pro-jihad videos on pro-jihad forums

29. OCE "Salah" commented on the document labeled DCa_001-000455.pdf, 7 points. These points were redacted, which I read multiple times. To the best of my collection, almost verbatum, he said the following:

The based on his communications with me that

(1.) That Daoud understands the implications of his statements

(2.) That Daoud told his father his interest at some point

(3.) That Daoud understands his motivation for Jihad and the religious justification for such

(4.) That Daoud doesn't see a distinction between civilians and military personel. That his Radicalization is at an ~~assumed~~ advanced stage, and any attempt to persuade him to a different idea or concept is unlikely to succeed

(5.) That Daoud plans to study abroad to Madinah University with the goal of eventually joining an armed jihadist conflict overseas, but still remains devoted for armed Jihadist action in the United States.

(6.) That Should he be stopped from traveling, by say say, law enforcement, then committing an armed Jihadist attack in the U.S. will become his priority.

(7.) That Daoud's ability and willingness to radicalize others makes him a threat that could only increase with time

30. All the FBI reports had captions redacted marked, "Sunni Extremism" and "Shabaka Ranger." I am a Sunni Muslim.

31. I told Thomas Anthony Durkin and Joshua G. Herman that I was able to read the redacted texts. This was some time after the Appellate Court refused to let them see it and they tried to get a hearing in front of the Supreme court.

32. When I told Durkin and Herman this information in the courthouse

184

legal visiting room, they darted their eyes, got scared, and
said "We cannot u$e." And that if they did the government would
remove them from being my counsel.

33. Prior to that I brought up the Redacted evidence to Joshua
Herman during a legal visit at MCC prison. He said , "Do you
know what Shabaka Ranger is?" I said, "No, what i$ it?" He got
scared and stopped talking.

More on the First Case

34. I have no ideology besides Islam. I was studying and I'm
still $tudying to become a scholar of Islam

35. When I told OCE "Iyad" about discu$sing plans, I was not
talking about the bomb plot or some other terrorist attack.

36. When I told OCE "Salah" that I had a realistic idea if he
came to America, I was not talking about the bomb plot. I was
not planning on doing a terrorist attack with him if he came
either. I thought I was clear on that when I told him I was expecting
to go to Madinah University right after Ramadan.

37.I was never going to do a terrorist attack because I was planning
to go to Madinah University right after Ramadan for at least
6 years, and probably more because of my interest in Islamic
sciences. The bomb plot was not my invention.

38. My other reasons for not wanting to do a terrorist attack
besides my plans to travel, included not wanting to go to prison
for the sake of my parents, and not being capable of doing any
attack that would effectively change U.S. Foreign Policy.

39. I hated Israel $ince I was 11 year$ old whenever I tried
to find Palestine on the map and I was briefly explained why.

40. I hated America since I was 12 year$ old. I li$tened to Shaykh

Anwar al Awlaki, may Allah have mercy on him, since I was 13
years old. Awlaki didn't join Al Qaeda yet and was still considered
a popular and moderate Islamic speaker. I was also a "moderate
Muslim." I disagreed with 9/11 growing up, but I understood
the motive.

41. I only believed 9/11 was an inside job by the U.S government
for a year including when I made the "Osama bin Laden I know" powerpoint
project for school senior year high school. I watched Osama videos
since I was 17 years old. After I became a supporter of Al Qaeda
I found out that Shaykh Awlaki also joined Al Qaeda.

42. I wanted to become a scholar of the Religion because I love
reading books and teaching people what I learned from those books.
I grew a love for being outspoken, and speaking the truth even
when I would be misunderstood by people or If I offended others,
including the U.S. government.

43. I wanted to be a scholar who would not not censored or compromised
by the U.S. government or any government. I had the intention
to tell Muslims the truth about our Religion even about Jihad
or controversal issues besides Jihad. I had the intention that
if someone told me, 'Daoud, don't preach about ABC' that I would
preach ABC.

44. Everything I searched about whether it was Halal to kill
civilians, or to conduct suicide bombings, etc was part of my
learning of what is acceptable in Islamic law concerning the
Just war God named Jihad. These were not part of plans for a
terrorist attack.

45. Everything I watched such as 'how to make a pen bomb' or
'how to make tnt' was due to curiousity and boredom online. I

never made or tried to make these things, even for fun.

The book I had on my kindle about IEDs was confusing to me and I stopped reading it after a few pages. I found that same book in a bookstore catalogue.

Inspire had well written articles and good quality designs and images. It was a cool magazine. The fact that it had bomb articles in some of them made it even cooler.

The Organic Chemistry of explosives book never worked when i clicked on it, and neither did the illustrated sniper skills book.

46. Being a Shaheed is a good thing because Allah said in the Quran it's a good thing and that the shuhada i.e. shaheeds ~~with~~ will be with the Prophets in Paradise. I don't know when or how I will die. I hope one day, somehow , I will be a shaheed. It's recommended in my Religion to wish to be a Shaheed, and our Prophet and many of his companions asked to be martyrs and many really did. May Allah bless them accept them, and grant them peace forever. Ameen.

47. I called myself a terrorist because my loyalty to Islam ~~and~~ and Muslims, and specifically Quran surah 8 verse 60: and prepare what you can against your enemy and the enemy of Allah from power and steeds of war in order to terrorize them... an Islamic terrorist terrorizes the enemies of Islam in order to defend Justice and earn God's pleasure. That's the concept. It has nothing ~~at all~~ to do with a specific plot to bomb something.

The Second Case

48. Vino William Vincent Paschal asked me for $20,000, ~~~~
— To Get a Bond —
while we were in a cell together in Kankakee. Then, when I said ~~~~ I have no money, he asked if he did something bad to me if

my parents would pay him to stop. Then he asked if I'd pay him
to do a terrorist attack. I said no.

49. He kept asking me about my case until I told him the whole
case. He learned also a lot about my personal life including
the house my family has in Egypt. He got the number of the agent
because he would ~~snap~~ Snatch pages from my discovery while I was reading
and tell me to identify them.

50. Vino would punch me, pull my hair, twist my arm, "borrow"
a ton of commissary and phone calls and never pay back, and constanly
yell and insult me, which I could do nothing but insult him back.
He would make open and subtle threats against me. He would threaten
to beat me up and told me about an "Arab boy" that got raped
in the unit next to us, which he didn't stop. There were no other
Arabs besides me while I was in that jail , or even Muslims at
all besides 3 during the 4 months I was there.

51.  I had a cellee that was Muslim and the pod worker, I called
"drey." They moved him 4 cells down because "that's where they
usually put the pod worker," he told me. Then the police put
Vino in my cell.

52.Vino ordered me to practice a code at random that I didn't
understand until I got the 2nd case. He told me he wanted to
kill UCE for free because he wanted to. He also wanted a $20,000
loan to bond out of jail from his "assassin" who he wanted me
to call. He wanted me to say the code to the "assassin" so the
"assassin" would believe that I was a real person and would pay
Vino the $20,000 back to pay back the "assassin."

53. The code was:

You got the picture?

How much you got?

20gs.

We would always have the same parts, with me saying "20gs." He told me to practice it randomly which I did. Do you got the Picture? I'd start till the end.

When I asked what picture he was talking about he, "You know! A picture! Like a painting!"

When i screamed "what 20gs I don't have any money!" He told me he knew but it was just to get a loan from the "assassin" for him to get a bond.

When he explained to me he wanted me to call the assassin from my phone, I screamed "Hell no!"

Vino shaked me and yelled at my face , "YOU'RE GONNA DO YOUR PART!!"

54. Vino changed that code after I practiced the old code in the recorded cell to "How is uncle Mike doing."

55. Vino ordered me to give him a "gift" while we were in the recorded cell for after he order -ed the "assassination; of UCE. I screamed, " What you want? Commissary?!?" He yelled , " DON't TELL ME WHAT THE GIFT IS!"

56. Vino tried to set me up with a fake terrorist he called "Taha." When he told me he wanted me to talk to Taha on the phone, I wrote a list of questions to make sure he's not another spy, and explained it to Vino upon him asking me, then he ripped my questions while screaming and cancelled the call.

57. The entire time I wouldn't move cells or complain because last time I did that people were calling me a snitch and I feared for my safety.

58. Guards in Kankakee called me privately while Vino was recording me and asked me if he was bullying me. I lied and said no, he's a nice guy.

59. I told Vino while we were recorded about the assassination, "You know I got nothing to do with this right?" He screamed, "WHAT YOU MEAN YOU HAVE NOTHING TO DO WITH IT" This isn't in the recording

60. I asked Vino if he'd snitch to go home to his family. He was almost asleep but immediately got up and screamed, "DID YOU JUST CALL ME A SNITCH?!?!" I was scared to indicate to him in anyway that I knew he was a snitch.

61. I knew he didn't kill anyone when I made the call and lied when I said I was relieved. I was happy when they moved me back to the other unit without him.

   When he said the agent was dead, I gave him the "gift" which was a Quran translation - because he needed one - and commissary I knew he liked including Jolly Ranchers, donuts, and tortilla chips. I never agreed or understood that I ever have to pay him $20,000.

62. I was more scared of Vino than the possible consequences in court. I thought , "What are they gonna do? Give me more discovery?" That was less scary than making Vino mad. When I left the unit, he by this time memorized my phone password and stole the rest of my phone money.

63. I did not solicit Vino to kill UCE

The Third Case

64. I did not attempt to murder Justin Hancock

65. On or about January 31, 2023, tuesday, I went down to medical

190

services at MCC Chicago prison for a blood test. I was in a room
with J. King and nurse Holubik. King was the C.O. working on
the unit the day I attacked Hancock on May 23, 2015.

66. King said he thought there was a fight, and didn't even know
there was a stabbing until the other police told him. He went
to Hancock's cell and said, "What? What happened?"
Hancock said, "Daoud attacked me."
King lips, "Yeah, whatever," calls the lieutenent and this was
the first time he ever had to call the lieutenent for something

67. The story was humorous and at no point of time did it sound
like attempted murder. I did not ask King to tell me the story
and he insisted that I listen. I listened to his side of the
story with Holubik.

MCC search of my stuff May 2023

68. SIS Harris called me and another prisoner and told me that
someone overheard me talking to Inmate Smith about a 1000 pound
bomb and Osama bin Laden. I told him that's my case and I was
talking to him about my case. He told me ," You better stop talking
about that stuff, or not, I don't care." I never agreed to stop
talking about it.

69. Then a couple weeks later I got a visit from SIS Baufard
(check spelling) and she informed me that they were going to
search my stuff. Then she specifically about "a cup... a mug.."
I asked her if she wanted to see it, and I knew what she was
talking about. She said yes. I brought it back and showed her
without shame because I had the Shahada carved on the cup. She
showed me a print out of the same thing from the internet, and
I confirmed it was the same. She told me this is the "ISIS flag"

70. I told her this is Arabic for "There is no god but Allah, Muhammad is the Messenger of Allah", that this is the Islamic flag and any Muslim could use it.

71. She said the Shahada is an extremist slogan. I told her "No it's not, it's in our prayers, our call to prayer, you need to say and believe this to be a Muslim ." When I said this same thing is written by many groups and flags, including Saudi Arabia, she insisted this was used by ISIS because of its design. I told her I understand what she meant but what she was saying doesen't change what I'm saying. LT. Crout who was with her Said, "You're right" or "He's right" referring to me.

72. I told SIS Boufard that the Arabic writings were part of my learning Arabic and stuff I copied from my discovery. I told her Media is used in my discovery and a lot of it is Arabic. I did not mean to say and I did not say media "outlets." I do not know everything that was taken because I have a lot of legal materials, Arabic, papers inside and out side the legal boxes they searched. I did not agree with her reasoning to take my cup because many prisoners put flags or otherwise mark their cups to prevent them from being stolen. I put my religion on mine.

73. SIS Baufard promised to give me back my papers, all of which *she still didn't give them back.* was not part of the copies used against me in court or in the CD provided for me. I had a lot of Arabic notes that I was using to learn Arabic, besides the stuff I copied from my discovery.

My Former Attorneys

*Joshua G.*

74. My former lawyers, Thomas Anthony Durkin and Herman told me I'd go to trial the whole time I was incarcerated until almost

192

7 years into the case, Durkin talked me into doing the Alford
plea pleading , "I don't want to see you get hurt." He insisted
that I sign the prosecutors agreement, but when I told him it's
against my religion to sign false confessions, he insisted instead
on doing the Alford plea so I can maintain my innocence, and
this is something he brought up before.

75. Durkin and Herman brought up the idea of signing multiple
times but I was not interested in the deal and I still wanted
to go to trial to prove my innocence. Once they called me to
the prosecutors' office and my mom was allowed to bring in real
homemade food. My lawyers were there, my parents were there,
and the prosecutors were there briefly and then left me to talk
to my lawyers and parents. The whole purpose of the meeting was
to get me to sign and for my parents to encourage me to sign.
I wouldn't sign. Another meeting like this took place and it
was still not successful. Durkin asked the prosecutors if they
could agree to an Alford plea since I insisted I was innocent.
They said  no. This was the first Home Food meeting.  One of
the prosecutors, I believe William Ridgeway, told me that I wasn't
"as bad" as the other Muslims with terrorism cases, and this
is withstanding the fact that I had 3 cases. I asked them if
Joining the Free Syrian Army would be considered cooperation
since they are openly being funded by the U.S. Government. Ridgeway
said that to send me to Free Syrian Army "would be Treason," Durkin
thought the whole thing was crazy.

The deals offered to me consisted of pleaing guilty to attempted
Use of a Weapon of Mass Destruction, and dropping the other 2
cases.

193.

76. When I got sentenced, and the prosecutors appealed the sentence and won, I came back to MCC Chicago. I asked Durkin if I had grounds to take back my Alford plea. He said I had "plenty of grounds" because I "didn't get any benefits from the Alford plea" and they treated me "just like a guilty person". I said "Good. Take back my plea. I'm going to trial." He started screaming, cussing, and refusing my request while saying it was "a suicide mission" and i repeated his yelling screaming and cuffing a few times. I told him "What's the difference? This is the same case. Nothing is different" He gave me an ultimatum, "If you want to go to trial you might as well fire us." So I did. While I was doing that, I consequently found out that the funds he was still receiving from my dad was extortion and fraud and I filed on this previously. This included Durkin, Herman, and Dr. Steven Xenakis. My allegations made so much sense Judge Lee finally allowed Durkin to leave my case. Barry Jonas said in court over [*And found me competent without drugs*] the phone that Durkin tried to get him to agree to a competency hearing "to cover up what he's doing."

The Cheating Prosecutor

77. Shortly before the first days of resentencing proceedings in June 22 and 23 2023, in about 3 occasions, I was invited to the courthouse to use laptop in the prosecutors' office to view discovery I could not see in MCC Chicago's discovery computers. My sidebar counsel Quinn Michaelis was there these occasions.

78. There was a video I watched on one of these occasions on the laptop, and I explained to Ms. Michaelis that it was not a good video because of the angle. You cannot see in the video that I am really following UCE and UCE claimed that I met him

alley rather than following him. It also didn't show the pushing
of the button. AUSA Jonas said they could see me and Michaelis
on camera but not hear us. UCE for the first time testified that
I met him in the alley at resentencing, consistent with the report
he made, but not brought up his last testimony 2019. More important
-ly, this video was not an exibit ever played in court until
after this meeting and the fact it would be an exibit was shortly
given before resentencing and after the aforementioned meeting.
79. The videos that didn't work in the jail didn't work in the
prosecutors' laptop provided to me in the courthouse. I have
never seen the video of UCE and me pushing the button.
80. On the 3rd meeting they finally brought me my Ipod classic,
which I had on my person the night I was arrested, and was working
on that night. Upon seeing it, it didn't work even though the
government provided me with a charger. The screen was broken.
I had over 700 nasheeds, not all pertaining to Jihad, and I had
over 2000 audio files on Islamic lectures, and not just by Shaykh
Anwar al Awlaki but over a dozen scholars and over a dozen Islamic
topics. The entire Quran by multiple recitors, audio books, videos,
and everything I was actually playing from the files saved on
my computer were ont this device. Only samples of the computters
from my houlle were provided to me or could be provided to me
according to AUSA Jonas
81. Pages of this Memo before I completed it, were used and pre-
refutation attempts of what I wrote were made so far during resentencing
; One example is the claim that I connected the wires. This was
not in UCE's last testimony, nor was the video where they claimed
I did this. I did not connect the wires.

195

82. I asked Barry Jonas in the last aforementioned meeting for the other angles of the aforementioned video where I walk away from the car bomb. He said, "Do you need the other angles?" I said yes. He never provided me the video

## My Fear of Retaliation

83. I am not an ISIS member or a member of any organization

84. I believe my prosecutor, Barry Jonas, takes my case personally because he is a jew, and I said a lot of things against the State of Israel and jews; specifically the Zionist Jews. These things were quoted many times throughout my case even though it has little to do with the accusations. I only found out Jonas was a Jew within the past year. He mentioned taking a day off for a Jewish holiday in court.

85. I told UCE to announce his attack through Al Qaeda. I believe ISIS has been brought up in my case in the news and in court to keep my case relevant, and to pave the way to prosecute me again using the same and/or similar evidence, such as nasheeds.

86. I fear for Retaliation coming by or through the U.S. Government for the things stated herein.

## Verification

I, Adel Daoud, will affirm under the penalty of perjury that the information stated herein in the attached Memorandum "Daoud's Sentencing Memorandum with Attached Affidavit/Objections to 'Government's Factual Basis for Defendant's Plea of Guilty Pursuant to North Carolina v. Alford'" is true and that I have written/typed and read this Affidavit and submit the same with purpose. That this is being submitted for the reasons requested within the body of these documents. Affiant declares under the penalty of perjury pursuant to 28 USC Sec 1746 on the 6th day of July, 2023.

Respectfully submitted

Adel Daoud

Notary _Sameka_, Date 7-11-23

My Commission Ends _____

SAMEKA L GIBBS
Official Seal
Notary Public - State of Illinois
My Commission Expires Apr 7, 2026

197

# Bargain Books

**July 15, 2022**  Edward R. Hamilton *Bookseller* Company • Falls Village, Connecticut



Page 27 $7.95



Page 87 $4.95



Page 64 $5.95



Page 106 $12.95



Page 144 $5.95



Page 120 $4.95



Page 88 $5.95



Page 96 $5.95



Page 92 $6.95



Page 20 $6.95



Page 2 $7.95



Page 90 $4.95



Page 89 $4.95



Page 155 $5.95



Page 127 $5.95

198

# OUR GUARANTEE

## You must be satisfied with any item purchased from this catalog or return it within 60 days for a full refund. No questions asked.

All items are new, and all books are hardbound unless marked otherwise. Shipment is normally within 48 hours. Some items may be temporarily out of stock, in which case a second shipment will be made, normally in 14 days, but in no case later than 60 days. Most items are in limited supply and at these prices may sell out fast. If any item is sold out your money will be refunded by bank check.

## Military History



★**1928953 EAST CHINA SEA 1945: Campaign 375.** By Brian Lane Herder. During the Pacific War, the island invasions of Iwo Jima and Okinawa were the last two major ground campaigns. This well illustrated work explores the air-sea aspects of the pivotal battles that took place. It also explores the devastating impact of the kamikaze attacks, and considers the contributions of the USAAF and the British Pacific Fleet. 96 pages. Osprey. Paperbound. Pub. at $24.00 **$17.95**

**1922424 JULIUS CAESAR'S INVASION OF BRITAIN: A 2,000-Year-Old Mystery.** By Roger Nolan. This ground-breaking study painstakingly traces the places where the Romans landed in 55 BC and 54 BC, and also reveals four temporary marching camps that Caesar's army built as it drove up from the South Coast in pursuit of the British tribal leader, Cassivellaunus. Nolan also identifies the place mentioned in Caesar's Commentaries where the British ambushed the Romans. Color photos. 145 pages. Frontline. Pub. at $34.95 **$6.95**



**4944453 HELL WEEK & BEYOND: The Making of a Navy SEAL.** By Scott McEwen. McEwen describes the seven most grueling days of a Navy SEAL's training, using each one to teach the reader a lesson about grit and perseverance in their own personal "hell weeks." 294 pages. Center Street. Pub. at $28.00 **$7.95**

**4986350 HOWARD'S WHIRLYBIRDS: Howard Hughes' Amazing Pioneering Helicopter Exploits.** By Donald J. Porter. From the Second World War to the mid-1980s, discover how many of the world's most innovative helicopters were developed under the leadership of Howard Hughes, one of the most fascinating characters of the 20th century. 224 pages. Fonthill. Paperbound. Pub. at $29.95 **$7.95**

**1922548 OPERATION TOTALIZE: Battleground Normandy.** By Tim Saunders. By early August 1944 the Germans fighting in Normandy had been worn down by the battles around Caen, while to the west, the American Breakout was finally gaining momentum. A change of tactics to a night armored assault and the conversion of 72 self-propelled guns to armored personal carriers was successful. Fully illus. 276 pages. Pen & Sword. Paperbound. Pub. at $22.95 **$6.95**



**486817X THE WAR FOR AFRICA: Twelve Months That Transformed a Continent.** By Fred Bridgland. The Cuban-South African conflict in Angola in 1987 to 1988 can be considered a "war for Africa." It was one of the turning points in the history and development of Africa. The author's account ranges from the infantry fighting a secret war to the efforts of diplomats to bring an end of the bloodshed. Photos, some in color. 501 pages. Casemate. Pub. at $32.95 **$6.95**

**4982932 HOW TO BECOME A MERCENARY: The Ultimate Guide to the Weapons, Training, and Tactics of the Modern Warrior-for-Hire.** By Barry Davies. Learn where and how to find work, how to understand and apply the most modern tactics, what languages to master; which weapons are preferred; how to disappear after you've completed your job; and much more. Illus. in color. 292 pages. Skyhorse. Paperbound. Pub. at $16.99 **$5.95**

**4863038 FIGHTER AIRCRAFT SINCE 1945.** By Frank Schwede. Offering information on the development and variants of jet engines, this survey covers the initial jets available at the end of WWII up through their use and technological prowess today. Fully illus. in color. 127 pages. Pen & Sword. Paperbound. Pub. at $17.95 **$5.95**

**1922114 THE BATTLE OF PLASSEY 1757: The Victory That Won an Empire.** By Stuart Reid. Describes the events that lead to the Battle of Plassey in 1757. This victory established Britain as the dominant force in India, the whole of which gradually came under its control and became the most prized possession in its empire. Few battles in history have ever had such profound consequences. 270 pages. Frontline. Pub. at $39.95 **$7.95**



★**4886844 AVENGING PEARL HARBOR: The Saga of America's Battleships in the Pacific War.** By Keith Warren Lloyd. Telling the story of the severe damage dealt to each ship at Pearl Harbor, and the incredible acts of courage performed by the sailors of each crew that morning. It continues with how each ship was raised and repaired, and the mustering of new commanders, officers, and crewmen. Continuing as each ship returns to the battle fleet, and the ultimate triumph at the Battle of Surigao Strait. 16 pages of photos. 330 pages. Lyons. Pub. at $29.95 **$21.95**

**4711696 U.S. ARMY IMPROVISED MUNITIONS HANDBOOK.** This handbook describes in detail how to build munitions from seemingly harmless materials that can be bought at drug or paint stores, found in junk piles, or acquired from military stocks. Features explanations of how to construct explosives, detonators, propellants, incendiaries, delays, and more. 600 illus. 251 pages. Skyhorse. Paperbound. Pub. at $12.95 **$5.95**

**1925164 U.S. ARMY OPERATIONS FIELD MANUAL.** Required reading for Army leadership, this up-to-date doctrinal guide for running the greatest army in the world details how the U.S. military will organize, train, equip, and conduct in the modern climate of "persistent conflict." Illus. 318 pages. Lyons. Paperbound. Pub. at $15.95 **$4.95**



**473548X WHEN THE IRISH INVADED CANADA: The Incredible True Story of the Civil War Veterans Who Fought for Ireland's Freedom.** By Christopher Klein. Presents the fascinating story of how a band of Union and Confederate veterans, just after the end of the Civil War in 1866, fought side by side to undertake one of the most fantastical missions in military history: to seize the British province of Canada and hold it hostage until the independence of Ireland was secured. Illus. 365 pages. Doubleday. Pub. at $28.95 **$6.95**

★**1929534 WARSHIPS IN THE BALTIC CAMPAIGN 1918-20: New Vanguard 305.** By Angus Konstam. Following the Russian Revolution, the Baltic states became a battleground between Russian Reds and Whites, German troops and emerging Baltic independence forces. In November 1918, the British decided to intervene in support of Baltic independence. Includes archive photos and illustrations of warships involved and is a concise account of this campaign. 48 pages. Osprey. Paperbound. Pub. at $19.00 **$13.95**

★**1910825 BRITISH GUNBOATS OF VICTORIA'S EMPIRE: New Vanguard 304.** By Angus Konstam. The warship that enforced the rule of the British Empire at the height of its power was the modest steam gunboat. Gunboats were the warships available anywhere in the world to advance British interests. Initially these gunboats were designed for the Crimean War, but they soon proved too useful and versatile to be scrapped. Fully illus., many in color. 48 pages. Osprey. Paperbound. Pub. at $19.00 **$13.95**

★**4897382 ARMIES OF THE GERMANIC PEOPLES 200 BC-AD 500: History, Organization & Equipment.** By Gabriele Esposito. An overview of the military history of the Germanic peoples of this period and describes in detail the weapons and tactics they employed on the battlefield. Color photos. 168 pages. Pen & Sword. Pub. at $34.95 **$26.95**

**1922068 ARMIES OF CELTIC EUROPE, 700 BC-AD 106: History, Organization & Equipment.** By Gabriele Esposito. A study of the fascinating Celtic warrior culture, their armies, strategy, tactics and equipment. Esposito features dozens of color photographs of reenactors to help bring these magnificent warriors back to life. 172 pages. Pen & Sword. Pub. at $34.95 **$9.95**



★**4952162 SYRIA AND LEBANON Campaign 373.** By David Sutton. 1941, Australian, British, Indian and Free forces invaded the Vichy French-controlled mandate of Syria and Lebanon. This examines the high military and political rivalry that lay behind the operations, as well experiences and hardships endured by troops on the ground. The battles in Syria and Lebanon were complex actions. Illus., some in color. 96 pages. Paperbound. Pub. at $24.00 **$21.95**

**1922157 CENTURION: Armoured Fighting Vehicle/Post-War Tank Battles.** By Robert Jackson. An excellent source of reference for the modern volume provides details of available photographs of award-winning model artworks showing the color schemes applied to these tanks, as well as tracing the history of the Centurion. 64 pages. Pen & Sword. Paperbound. Pub. at $25.95

**1922785 T-54/55: Soviet Cold War Battle Tank–TankCraft 16.** By Robert Jackson. As well as tracing the history of the T-54/55, this text is an excellent source of reference for the modeler, providing details of available kits and photographs of specially commissioned models, together with artworks showing the color schemes applied to tanks. Each section of this title is supported by a wealth of archive photographs. 64 pages. Pen & Sword. Paperbound. Pub. at $22.95

**4986458 MASTERS OF MAYHEM: Lawrence of Arabia and the British Military Mission to the Hejaz.** By Stejskal. Explores how Lawrence and British Military Mission supported unconventional warfare in the Hejaz during the Arab Revolt, with the creation of the Hedgehog force and formation of a car sections and other units. Photos & maps. 184 pages. Casemate. Pub. at $32.95

**4986482 NAPOLEON'S ADMIRALS: Flag Officers of the Arc de Triomphe, 1789-1815.** By Richard Humble. Completely new study of the 26 admirals honored on the Arc de Triomphe in Paris, sheds new light on the longest naval modern history, 1793-1815, and the role who led Napoleon's navy. Illus. 249 pages. Casemate. Pub. at $45.00

★**4890957 THE BATTLE OF HUE 1968: Fight for Imperial City.** By James H. Willbanks. Some of the bloodiest fighting during the Communist 1968 Tet Offensive took place at Hue, the former capital of Vietnam under the Nguyen dynasty, brutal urban battle ensued as combat raged from house to house; it was the bloodiest fight and resulted in the largest destruction of Hue. Fully illus., many in color. 96 pages. Osprey. Paperbound. Pub. at $24.00

**4910842 GENERALS OF THE ARMY: Marshall, MacArthur, Eisenhower, Arnold, Bradley.** Ed. by James H. Willbanks. Examine the connection between the institution and the success of exceptional men. This concise volume an intriguing look at their lives and contributions to the defense of the nation. Photos. 262 pages. UPKy.

★**4931599 SEMINOLE WARS: VERSUS US SOLDIER: Second Seminole War 1835-42.** By Ron Field. During the century, U.S. forces confronted the Seminole people in a series of bitter wars over the Florida. This study assesses the forces fighting on both sides, casting light on the tactics, weaponry, and combat record of the Seminole warriors and their U.S. opponents during Second Seminole War. Fully illus., most in color. 80 pages. Casemate. Paperbound. Pub. at $22.00

**1922645 ROMAN EMPIRE AT WAR: A Compendium of Battles from 31 BC to AD 565.** By Don Taylor. Offers a brief description of every significant battle fought by the Roman Empire from Augustus to Justinian. The information for each is drawn exclusively from Ancient, Late Antique, and Medieval texts, in order to offer a description of each battle based on the earliest surviving sources which chronicle the event. 215 pages. Pen & Sword. Pub. at $34.95

110  11-17-20  AG

*Durkin's written comment after Appeal*

# Appeals court vacates 16-year term in Loop bar terror plot

**BY JASON MEISNER**

A federal appeals court has thrown out the 16-year prison sentence for a suburban Chicago man convicted in a terrorist bombing plot, saying the judge paid only "lip service" to the seriousness of the crime and overplayed the defendant's immaturity at the time the FBI caught him in the sting.

The ruling Tuesday by the 7th U.S. Circuit Court of Appeals sends the case of Adel Daoud back to the district court for resentencing, marking yet another twist in an unusual terrorism case that began more than nine years ago when Daoud was just 17.

In addition to terrorism charges stemming from the plot to bomb the Cactus Bar & Grill, Daoud pleaded guilty to separate indictments accusing him of soliciting the murder of the undercover FBI agent at the center of the sting operation and attacking a fellow inmate with a jailhouse shank while awaiting trial in 2015.

Daoud, now 27, is being held at a federal prison facility in Kentucky and is currently scheduled for release in May 2026.

In its 26-page opinion, the appellate court wrote that in handing down the lenient sentence — which was less than half of the 40-year term requested by prosecutors — U.S. District Judge Sharon Johnson Coleman "sterilized Daoud's offense conduct in ways that cannot be reconciled" with the facts.

The appellate panel wrote it was particularly puzzled by Coleman's "general emphasis on Daoud's awkwardness, goofiness and impressionability," saying the record did not reflect that those character traits played a major role in his crimes.

"We do not see how social ineptitude could excuse repeated violent criminal behavior that reflected an extraordinary disregard for human life," Judge Amy St. Eve wrote in the opinion, which was joined by Judges Kenneth Ripple and Michael Brennan.

In an emailed statement, Daoud's attorney, Thomas Anthony Durkin, wrote the wrongheaded opinion slapped away the "sound discretion" of a good judge with an intimate knowledge of the defendant.

"In hindsight we should have tried these cases so the public could have seen the callousness and absurdity of the government's tactics," Durkin wrote.

Daoud, of Hillside, was 17 when he came under FBI scrutiny in 2011 while exchanging messages online about his hatred of the U.S. government and his desire to die a martyr.

FBI analysts posing as terrorists eventually got Daoud to meet with an undercover agent, who was purportedly their "cousin" interested in waging jihad.



Adel Daoud

Over several months, Daoud and the agent met a few times in the Chicago area to discuss potential targets for an attack, including movie theaters, a suburban mall and military recruiting centers, prosecutors alleged. Daoud's handwritten notes he brought to one meeting made reference to a "big bomb."

In one meeting in Villa Park in August 2012, Daoud allegedly told the agent he wanted to maximize the carnage so he would feel like he "accomplished something."

"If it's only like five, 10 people, I'm not gonna feel that good," Daoud said in a recording that was played at his sentencing hearing. "I wanted something that's ... massive. I want something that's gonna make it in the news like tonight."

Daoud was arrested in an alley across from the Cactus Bar & Grill on Sept. 14, 2012, after he twice pressed the detonator to what he thought was a 1,000-pound car bomb he'd parked outside the crowded pub.

Two months after his arrest, Daoud was being held at the Kankakee County Jail when he offered to pay $20,000 to his cellmate to have fellow street gang members track down and murder the agent who'd deceived him, saying that "all spies must die," according to prosecutors.

In May 2015, Daoud attacked a fellow inmate at the Metropolitan Correctional Center, using a toothbrush he'd fashioned into a shank to slash the victim while he slept in his cell, prosecutors said. Daoud was allegedly angry the inmate had previously drawn a picture of the Prophet Muhammad, which Daoud considered an insult to his religion.

In early hearings on the charges, Daoud was prone to frequent outbursts in court and once accused Coleman of being a reptilian overlord. The judge eventually found Daoud mentally unfit for trial and sent him to a federal facility for treatment. A year later, he was found to be rehabilitated.

In issuing her sentence in May 2019, Coleman chided both sides for infusing their arguments through the years with "hyperbole and hysteria" and said it was clear in many of the recorded conversations that Daoud was an "immature young man" who was easily egged on by the undercover agent.

But the 7th Circuit said in its opinion that Coleman had given "short shrift" to Daoud's intentions. Not only was Daoud undeterred when the FBI offered him opportunities to call off the bombing, "the possibility of mass casualties excited and motivated (him)," the opinion stated.

*jmeisner@*
*chicagotribune.com*

200

1

*Durkin defends accusations Daoud made against him by requesting the Government for a Competency hearing*

```
 1                  IN THE UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF ILLINOIS
 2                            EASTERN DIVISION

 3
     UNITED STATES OF AMERICA,     ) Docket Nos. 12 CR 723
 4                                 )             13 CR 703
                        Plaintiff,)              15 CR 487
 5                                 )
                 vs.               )
 6                                 )
     ADEL DAOUD,                   ) Chicago, Illinois
 7                                 ) January 27, 2022
                        Defendant.) 9:38 o'clock a.m.
 8

 9          TRANSCRIPT OF PROCEEDINGS - TELEPHONIC MOTION
              BEFORE THE HONORABLE JOHN Z. LEE
10

11   TELEPHONIC APPEARANCES:

12
     For the Plaintiff:         HON. JOHN R. LAUSCH, JR.
13                              United States Attorney
                                BY:  MR. BARRY JONAS
14                              219 S. Dearborn St., Suite 500
                                Chicago, Illinois  60604
15

16   For the Defendant:         MS. QUINN A. MICHAELIS
                                73 West Monroe Street
17                              Chicago, Illinois  60603

18                              DURKIN & ROBERTS
                                MR. THOMAS A. DURKIN
19                              209 South LaSalle St., Suite 950
                                Chicago, Illinois  60604
20
                                LAW OFFICE OF JOSHUA G. HERMAN
21                              BY:  MR. JOSHUA G. HERMAN
                                53 W. Jackson Blvd., Suite 404
22                              Chicago, Illinois  60604

23   Also Present:              MR. COLLIN SMITH, MCC
                                MR. ROBERT STEELE, MCC
24                              DR. BONNIE NOWAKOWSKI, MCC
                                DR. DAVID SZYHOWSKI, MCC
25
```

1       And at this point in time, Ms. Michaelis, Mr. Daoud

2  is still seeking appointment of new counsel?

3       MS. MICHAELIS:  Yes, your Honor, that's correct.

4       THE COURT:  Mr. Jonas, does the government have a

5  position one way or the other with regard to Mr. Daoud's

6  request for new counsel?

7       MR. JONAS:  Judge, we've got no position with regard

8  to the request for new counsel.  If given the opportunity, I

9  would like to respond to Mr. Durkin's filing yesterday if this

10  is the appropriate time.

11       THE COURT:  If you want to make a record, you can go

12  ahead and do so now.

13       MR. JONAS:  I'll be brief, your Honor.

14       Mr. Durkin made a filing accusing the government of

15  improper motivation -- improper motives, specifically trying

16  to take advantage of the defendant's mental health issue,

17  according to Mr. Durkin, and as a result, the government -- it

18  appears the government is not filing a motion requesting a

19  competency hearing for these improper motives.  Nothing could

20  be further from the truth.

21       Mr. Durkin and I had several conversations over the

22  past weeks where he asked the government to file something.  I

23  told him I do not have firsthand information which would

24  warrant filing a competency motion.  So, he, I think, was

25  annoyed at that.  I think he views it that if the government

1    files a motion, it gives him cover.

2         Accusations of the defendant's mental health to the

3    Court, the defense -- Mr. Durkin's position that the

4    statements, the accusations against him are false.  In other

5    words, if the government filed a motion that defendant was not

6    competent or seeking a competency hearing, it gives Mr. Durkin

7    cover against the accusations.

8         Mr. Durkin filed a motion.  It can be viewed as sour

9    grapes.  So, for some reason he attacked the government.  His

10   accusations are false.

11        The reason why the government did not file anything

12   regarding the mental health status was because:  A, we have no

13   firsthand information that would indicate the defendant has a

14   mental health issue at this time; B, he has an attorney who is

15   meeting with him who, it sounds like, Mr. Daoud has been

16   cooperative with and who is in the best position to make an

17   assessment as to whether there's a competency issue; C,

18   frankly, the filings that the defendant has made are coherent;

19   they do not appear on their face to be the rantings of someone

20   who's having a mental health issue or is off his medication;

21   and, D, as we just heard from the MCC, he missed a few days,

22   but not enough that would cause any mental health imbalance so

23   that the filings would have been impacted.

24        If the Court ultimately decides to have a competency

25   hearing, we don't have a problem with that.  That's fine.  But

1  I don't see a record for it at this time.  I think if

2  anything, the Court should just let Mr. Durkin and Mr. Herman

3  go, appoint a new attorney and we proceed forward.

4          Thank you, Judge.

5          THE COURT:  All right.  Thank you.

6          For the record, just so that I preserve the record in

7  this case, can I have Ms. Acevedo, my courtroom deputy, swear

8  in Dr. Nowakowski and Dr. Szyhowski, please.

9          Carmen, go ahead.

10    (Drs. Nowakowski and Szyhowski duly sworn.)

11         THE COURT:  So, Dr. Nowakowski, do you affirm that

12  all the statements you made today at this hearing are true and

13  correct, to the best of your knowledge?

14         DR. NOWAKOWSKI:  Yes.

15         THE COURT:  And, Dr. Szyhowski, the same:  Do you

16  affirm that all the statements you made today are true and

17  correct, to the best of your knowledge?

18         DR. SZYHOWSKI:  Yes.

19         THE COURT:  And, Dr. Szyhowski, what is your first

20  name, please, for the record?

21         DR. SZYHOWSKI:  David.

22         THE COURT:  And, Dr. Nowakowski, what is your first

23  name, please?

24         DR. NOWAKOWSKI:  Bonnie.

25         THE COURT:  Thank you.

# BLACK'S LAW DICTIONARY

## SEVENTH EDITION

## BRYAN A. GARNER
## EDITOR IN CHIEF

lawful if pursued individually. ● This right is protected by the First Amendment to the U.S. Constitution. The government may not prohibit outsiders from joining an association, but the insiders do not necessarily have a right to exclude others. Cf. RIGHT OF ASSEMBLY.

**freedom of choice. 1.** The liberty embodied in the exercise of one's rights. **2.** The parents' opportunity to select a school for their child in a unitary, integrated school system that is devoid of de jure segregation. **3.** The liberty to exercise one's right of privacy, esp. the right to have an abortion. — Also termed *right to choose.*

**freedom of contract.** The doctrine that people have the right to bind themselves legally; a judicial concept that contracts are based on mutual agreement and free choice, and thus should not be hampered by external control such as governmental interference. ● This is the principle that people are able to fashion their relations by private agreements, esp. as opposed to the assigned roles of the feudal system. As Maine famously said, "[T]he movement of progressive societies has been a movement from *Status to Contract.*" Henry Sumner Maine, *Ancient Law* 165 (1864). — Also termed *liberty of contract.*

> "Like most shibboleths, that of 'freedom of contract' rarely, if ever, received the close examination which its importance deserved, and even today it is by no means easy to say what exactly the nineteenth-century judges meant when they used this phrase. At least it may be said that the idea of freedom of contract embraced two closely connected, but none the less distinct, concepts. In the first place it indicated that contracts were based on mutual agreement, while in the second place it emphasized that the creation of a contract was the result of a free choice unhampered by external control such as government or legislative interference." P.S. Atiyah, *An Introduction to the Law of Contract* 5 (3d ed. 1981).

**freedom of expression.** The freedom of speech, press, assembly, or religion as guaranteed by the First Amendment; the prohibition of governmental interference with those freedoms.

**Freedom of Information Act.** The federal statute that establishes guidelines for public disclosure of documents and materials created and held by federal agencies. 5 USCA § 552. — Abbr. FOIA.

**freedom of petition.** See RIGHT TO PETITION.

**freedom of religion.** The right to adhere to any form of religion or none, to practice or abstain from practicing religious beliefs, and

be free from governmental interference with or promotion of religion, as guaranteed by the First Amendment and Article VI, § 3 of the U.S. Constitution.

**freedom of speech.** The right to express one's thoughts and opinions without governmental restriction, as guaranteed by the First Amendment. — Also termed *liberty of speech.*

**freedom of the city.** *Hist.* An immunity or privilege from some burden, esp. from county jurisdiction and its privilege of municipal taxation and self-government, held under a royal charter.

**freedom of the press.** The right to print and publish materials without governmental intervention, as guaranteed by the First Amendment. — Also termed *liberty of the press.*

**freedom of the seas.** *Int'l law.* The principle that the seas beyond territorial waters are not subject to any country's control. ● Ships on the high seas are subject only to the jurisdiction of the country whose flag they fly, except in cases of piracy, hijacking, hot pursuit from territorial waters, slave trading, and certain rights of approach by warships. — Also termed *mare liberum.*

**free election.** See ELECTION.

**free enterprise.** A private and consensual system of production and distribution, usu. conducted for a profit in a competitive environment that is relatively free of governmental interference. See CAPITALISM.

**free entry, egress, and regress** (ee-gres / ree-gres). *Hist.* A person's right to go on land as often as reasonably necessary. ● A tenant could go on land to gather crops still growing after the tenancy expired.

**Free Exercise Clause.** The constitutional provision (U.S. Const. amend. I) prohibiting the government from interfering in people's religious practices or forms of worship. — Also termed *Exercise Clause.* Cf. ESTABLISHMENT CLAUSE.

**free fishery.** See FISHERY (1).

**freehold,** *n.* **1.** An estate in land held in fee simple, in fee tail, or for term of life. ● At common law, these estates were all created by enfeoffment with livery of seisin. **2.** The tenure

## Certificate of Service

I hereby certify that I have caused a copy of this Memorandum

to be served to all parties of interest through the clerk by

placing same in inmate legal mail on this the  12   day of July,

2023.  This being submitted under the penalty of perjury

Respectfully submitted,

Adel Daoud



Adel Daoud -43222424
Metropolitan Correctional Center
71 W Van Buren St
Chicago, IL 60605

Office of the U.S. District
Court United States Court House
219 South Dearborn Street
Chicago, Illinois 60604

07/18/2023-35

SCREENED
JUL 17 2023
US MARSHALS

Legal
Mail



RECEIVED

JUL 18 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

METROPOLITAN CORRECTIONAL CENTER
71 W VAN BUREN ST, CHICAGO IL 606005
The enclosed letter was processed through special procedures for forwarding to you.
This letter has neither been opened nor inspected.

JUL 1 3 2023

If the sender raises a question or problem over which this facility has jurisdiction,
you may wish to return the material for further information or clarification,
if the sender encloses correspondence for forwarding to another addresses,
please return to the enclosure to the above address.